DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRENCH RIVIERA IMPORTS, INC.,**
Appellant,

v.

**WOODFIELD REGENCY, INC.,** and **REGENCY COURT (WOODFIELD) MERCHANTS ASSOCIATION, INC.,**
Appellees.

No. 4D18-2193

[April 25, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 502012CA009869XXXXMB.

Dennis S. Lefkowitz, Boca Raton, for appellant.

Michael L. Grant and Richard B. Warren of Warren & Grant, P.A., Palm Beach Gardens, for appellee Woodfield Regency, Inc.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CONNER, J., and METZGER, ELIZABETH, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***